IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JALEEN GLADNEY,

      Plaintiff,

v.

      Case No. 24-cv-319-NJR

CRAIG RICHERT,

      Defendant.

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

      Plaintiff Jaleen Gladney, an inmate of the Illinois Department of Corrections ("IDOC") who is currently incarcerated at Graham Correctional Center, brings this action pursuant to 42 U.S.C. § 1983 for deprivations of his constitutional rights while a pretrial detainee at the Madison County Jail.

      On February 8, 2024, this case was opened without the payment of a filing fee or the filing of a Motion for Leave to Proceed Without Prepaying Fees or Costs ("IFP Motion"). That same day, Gladney was ordered to pay the filing fee of $405.00 or to file an IFP Motion within 30 days and was warned that failure to do so would result in dismissal of the case (Doc. 3). He was also provided with a blank IFP Motion. On March 20, 2024, Gladney was given a final deadline to submit his filing fee or file an IFP Motion. He was warned that the failure to comply with the Order would result in the dismissal of his case for failure to prosecute his claims (Doc. 9).

      To date, Gladney has not filed for IFP or paid the filing fee. Accordingly, this entire action is **DISMISSED** without prejudice for failure to comply with an Order of this Court.

1

*See* Fed. R. Civ. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

Gladney's obligation to pay the $405.00 filing fee was incurred at the time the action was filed. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). Therefore, the agency having custody of Gladney is **DIRECTED** to remit the $405.00 filing fee from his prison trust fund account if such funds are available. If he does not have $405.00 in his account, the agency must send an initial payment of 20% of the current balance or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments of 20% of the preceding month's income credited to Gladney's trust fund account (including all deposits to the inmate account from any source) until the statutory fee of $405.00 is paid in its entirety.

The agency having custody of Gladney shall forward payments from his account to the Clerk of Court each time his account exceeds $10.00 until the $405.00 filing fee is paid. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois. The Clerk is **DIRECTED** to mail a copy of this Order to the Trust Fund Officer at the Graham Correctional Center *upon entry of this Order*.

**IT IS SO ORDERED.**

DATED: April 11, 2024

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**